# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3373

_____

GREGORY HARRIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 14, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory Harris, pro se, Petitioner.

Ashley Brooke Moody, Attorney General, Tallahassee, for Respondent.